UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:11-cr-0045-JMS-TAB |
| | ) | |
| PATRICIA CRAWFORD, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Patricia Crawford's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Defendant's supervised release to be extended for an additional eighteen (18) months. The Defendant will be required to pay minimum amount of $383.00 per month toward restitution obligation until her restitution obligation has been satisfied.

SO ORDERED.

Date: 9/16/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart
Assistant U. S. Attorney
gayle.helart@usdoj.gov

William Dazey
Office of Indiana Federal Community Defender
bill.dazey@fd.org

U. S. Parole and Probation
U. S. Marshal